IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WANDA F. GASTON | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| v. | } | Case No.: 2:13-CV-00184-JHH |
| | } | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | } | |
| | } | |
| Defendant. | } | |

## ORDER

The court, having been informed that a settlement has been reached (*see* Doc. #12), **DISMISSES** this case **WITHOUT PREJUDICE**.  The court shall retain jurisdiction over this matter for the sole purpose of enforcing the settlement reached by the parties.

The parties are **DIRECTED** to submit a joint stipulation of dismissal once all settlement documentation is complete, but not later than **thirty (30) days** from the entry date of this Order, at which time the court will dismiss this matter with prejudice.

**DONE** and **ORDERED** this 19th day of March, 2013.

*James H. Hancock*
SENIOR UNITED STATES DISTRICT JUDGE