FILED
2013 Apr-18 AM 10:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **WANDA GASTON,** | |
| Plaintiff, | |
| v. | Case No.: 2:13-cv-00184-JHH |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC,** | |
| Defendant. | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal (Doc. # 14), filed on April 17, 2013, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** this the ___18th___ day of April, 2013.

_____
SENIOR UNITED STATES DISTRICT JUDGE